19569, 19570.   LANDRUM *v.* THE STATE.

LUKE, J.   In each of these cases the bill of exceptions was certified on January 16, and was filed in the office of the clerk of the trial court on February 1. The filing having occurred more than fifteen days from the date of the signing of the bill of exceptions, this court, under repeated decisions of the Supreme Court and of the Court of Appeals, has no jurisdiction to entertain the case.

*Writs of error dismissed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 10, 1929.

*Saffold, Sharpe & Saffold, I. H. Corbitt,* for plaintiff in error. *Marvin L. Gross, solicitor-general, A. S. Bradley,* contra.

18516.   KENNEDY *v.* LINDER.

JENKINS, P. J.   1. The bill of exceptions in this case specifically assigns error upon the ruling of the trial judge in refusing to permit the defendant in trover, after the entering of a judgment of nonsuit against the plaintiff, to enter up judgment for the value of the property sued for, upon the defendant's election to take a money judgment. Accordingly the motion to dismiss the writ of error must be denied.

2. Under the answers returned by the Supreme Court to the questions certified to it in this case, the court erred in holding that the defendant in trover, when the plaintiff was nonsuited, was not entitled to a judgment, upon his election to take a money judgment, for the value of the property in controversy. 168 *Ga.* 257 (147 S. E. 64).

*Judgment reversed.   Stephens and Bell, JJ., concur.*

DECIDED APRIL 10, 1929.

*S. P. New,* for plaintiff in error.   *C. C. Crockett,* contra.